IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | CRIMINAL NO. 4:13-CR-46 MAC |
| § | |
| KRISTINA WYATT § | |

# REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

Pending before the Court is the Government's request for revocation of Defendant's supervised release. After the District Court referred the matter to this Court for a report and recommendation, the Court conducted a hearing on February 21, 2019, to determine whether Defendant violated her supervised release. Defendant was represented by Frank Henderson. The Government was represented by Marisa Miller.

On January 22, 2014, Defendant was sentenced by the Honorable Marcia A. Crone, United States District Judge, to a sentence of sixty-five (65) months imprisonment followed by a three (3) year term of supervised release for the offenses of Aggravated Identity Theft and Possession of 15 or More Counterfeit/Unauthorized Access Devices. Defendant began her term of supervision on December 22, 2017.

On January 29, 2019, the U.S. Probation Officer filed a First Amended Petition for Warrant or Summons for Offender under Supervision (the "Petition") (Dkt. 55). The Petition asserts that Defendant violated the following conditions of supervision: (1) Defendant shall not commit another federal, state or local crime; (2) Defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month; and (3) Defendant shall pay $83,833.74, restitution on a montly basis, as a rate of no less than ten percent of Defendant's

1

gross monthly income.

The Petition alleges that Defendant committed the following violations: (1) On May 20, 2018, Defendant was arrested by Plano Police Department for committing the offense of criminal trespass. Defendant was taken into custody and released on a $500.00 personal recognizance mental health bond from Collin County Detention Center, McKinney, Texas. As of the writing of the First Amended Petition, a warrant for arrest has been issued by Collin County Sheriff's Office, Mental Health Division, due to Defendant's failure to appear and abide by conditions of the bond. On October 16, 2018, Defendant was indicted for committing the offense of Fraudulent Use of Identifying Information, in Sweetwater, Texas, on or about August 1, 2018; Cause #12,655, in the 32nd Judicial District Court, Nolan County, Texas. As of the writing of the First Amended Petition, the charges remain pending; (2) Defendant failed to submit to a monthly report as instructed during the months of March, April, May, June, July, August, September, October, November, and December 2018; and January, 2019; and (3) Defendant failed to make restitution payments as instructed during the months of February, March, April, May, June, August, September, October, November, and December 2018. Since commencing supervision, Defendant has made only payment in the amount of $30.00, rendering the outstanding restitution balance of $83,803.74.

At the hearing, Defendant entered a plea of true to the alleged violations. Defendant waived her right to allocute before the district judge and her right to object to the report and recommendation of this Court. The Court finds that Defendant has violated the terms of her supervised release.

### RECOMMENDATION

Pursuant to the Sentencing Reform Act of 1984, and having considered the arguments presented at the February 21, 2019, hearing, the Court recommends that Defendant be committed

to the custody of the Bureau of Prisons to be imprisoned for a term of ten (10) months, with twenty-four (24) months supervised release to follow, to run consecutively to any other sentence being served. Up to 180 days of the term of supervised release to be served in a residential reentry facility. The Court further recommends that Defendant's term of imprisonment be carried out in FCI Tallahassee, if appropriate.

**SIGNED this 18th day of March, 2019.**

_____
KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE