| UNITED STATES DISTRICT COURT | | | EASTERN DISTRICT OF TEXAS |
|---|---|---|---|

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| *versus* | § | CASE NO. 4:13-CR-46 |
| | § | |
| KRISTINA WYATT | § | |

## ORDER ADOPTING REPORT AND
## <u>RECOMMENATION OF UNITED STATES MAGISTRATE JUDGE</u>

Came on for consideration the above-referenced criminal action, this court having heretofore referred the request for revocation of Defendant's supervised release to the United States Magistrate Judge for proper consideration. The court has received the report of the United States Magistrate Judge pursuant to its order. The parties having filed no objections to the magistrate judge's findings, the court is of the opinion that the findings and conclusions of the Magistrate Judge are correct.

It is, therefore, **ORDERED** that the Magistrate Judge's Report is **ADOPTED** as the opinion of the Court. It is further **ORDERED** that Defendant's supervised release is hereby **REVOKED**. It is further **ORDERED** that Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a term of ten (10) months with a term of twenty-four (24) months supervised release to follow, to run consecutively to any other sentence being served, with the first 180 days of the term of supervised release to be served in a residential reentry facility. The Court further recommends that Defendant's term of imprisonment be carried out in FCI Tallahassee, if appropriate.

**IT IS SO ORDERED.**

SIGNED at Beaumont, Texas, this 26th day of March, 2019.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE